AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Hermenegildo Diaz-Antunez<br>a/k/a "Juan Carlos"<br><br>*Defendant(s)* | Case No: 8: 17 MJ 1043 AEP |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 24, 2017 in the county of Manatee in the Middle District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) and (b)(1) | Alien found in the United States without permission after deportation. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

Scott Spicciati, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/24/17

_____
Judge's signature

City and state: Tampa, Florida   ANTHONY E. PORCELLI, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Scott Spicciati, being duly sworn, hereby depose and state as follows:

1. I am employed as a Deportation Officer with the Department of Homeland Security, United States Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO"), currently assigned to Tampa, Florida. I have been employed as a federal law-enforcement officer since April 13, 2008.

2. As a Deportation Officer, I am charged with enforcing United States immigration laws, both administrative and criminal, including investigating violations of such laws and making arrests of deportable aliens in accordance with these laws. I am a federal law-enforcement officer with the authority to execute arrest and search warrants under the authority of the United States.

3. This affidavit is submitted in support of a criminal complaint. The statements contained in this affidavit are based on my personal knowledge and that of other law-enforcement officers and on information gathered from computer databases. This affidavit does not contain every fact regarding the investigation but does document the probable cause to charge Hermenegildo DIAZ-ANTUNEZ, a/k/a Juan Carlos, a native and citizen of Mexico, with being an alien found in the United States without permission after deportation, in violation of 8 U.S.C. § 1326(a) and (b)(1).

## FACTS AND CIRCUMSTANCES

4. On or about December 14, 2016, the National Criminal Analysis and Targeting Center ("NCATC") notified ICE-ERO that a previously-deported alien, Hermenegildo DIAZ-ANTUNEZ, was living at a residence in Bradenton, Florida, which is in Manatee County. The NCATC made this discovery after DIAZ-ANTUNEZ had applied for worker's compensation benefits on or about May 28, 2016.

5. On January 24, 2017, ICE-ERO officers found DIAZ-ANTUNEZ outside of his residence in Manatee County, which is within the Middle District of Florida.

6. Post-*Miranda*, DIAZ-ANTUNEZ stated that he was a Mexican citizen who had voluntarily reentered the United States without permission after deportation.

7. I performed a records check using the Central Index System ("CIS") and reviewed the documents contained within DIAZ-ANTUNEZ's Alien File ("A-File"). Upon reviewing these sources, I determined that DIAZ-ANTUNEZ is a native and citizen of Mexico and is illegally in the United States. I also found that he had been deported from the United States to Mexico on or about July 29, 2013.

8. Fingerprints taken of DIAZ-ANTUNEZ were submitted through the Integrated Automated Fingerprint Identification System ("IAFIS") and compared with those taken prior to his removal from the United States. The IAFIS indicates that they are from the same person.

9. Computer record checks also indicate that DIAZ-ANTUNEZ has prior criminal convictions, including for felony possession of marijuana in Manatee County, Florida, on or about December 13, 2005, and for driving under the influence in Manatee County, Florida, on or about May 28, 2015.

10. No information exists, either in the A-file or the computer databases, showing that DIAZ-ANTUNEZ had either requested or received permission from the Attorney General, the Secretary for the Department of Homeland Security, or any other immigration official to reenter the United States after his deportation.

## CONCLUSION

11. Based on the foregoing facts, I believe there is probable cause to establish that DIAZ-ANTUNEZ, a citizen and national of Mexico, is an alien found in the United States without permission after deportation, in violation of 8 U.S.C. § 1326(a) and (b)(1).

_____
Scott Spicciati
Deportation Officer, ICE-ERO

Sworn to and subscribed before me this 24 day of January, 2017, in Tampa, Florida.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

3